UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

FILED

2013 MAY 22  AM II: 48

IN RE:

JOSEPH STEPHEN ELDER
   Debtor

CHAPTER  7  CLERK, U.S. BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD

MICHAEL BRAHAM
   Plaintiff-Creditor

CASE NO. 12-22771 (ASD)

   V.

ADVERSARY PROCEEDING
NUMBER: 13-02005

JOSEPH STEPHEN ELDER
   Defendant-Debtor

MAY 2, 2013

## PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL

The pro se plaintiff, Michael Braham hereby moves for the voluntary
dismissal of the his Complaint Objecting To Discharge in the above-captioned
adversary proceeding because he and the defendant-debtor have reached a
settlement in the underlying Superior Court matter of Braham v. Elder, docket
number NNH-CV12-5034196.

Respectfully submitted,
MICHAEL BRAHAM
PLAINTIFF PRO SE

BY: _Michael Braham_____

MICHAEL BRAHAM
INMATE #231451
CHESHIRE C.I.
900 HIGHLAND AVENUE
CHESHIRE, CT. 06410

## ORDER

Having been presented to the Court, the foregoing Plaintiff's Motion

For Voluntary Dismissal is hereby Ordered:     **GRANTED    /    DENIED**

by the Court,

_____

## CERTIFICATION

I hereby certify that  a copy of the foregoing motion was mailed, postage

prepaid to the following on this _20th_ day of _May_____, 2013:

Joseph S. Elder
180 Sydney Avenue
West Hartford, CT. 06117


Kevin J. Burns on behalf of Creditor Wesley Spears
COHEN, BURNS & HARD & PAUL
81 South Main Street
West Hartford, CT. 06107
(860) 549-4740
Juris #CT 03075
kburns@cbhplaw.com

_Michael Braham_
MICHAEL BRAHAM